IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 09-cr-00378-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  EVELIO FLORES-SANTOS,

      Defendant.
_____

## ORDER SETTING TRIAL DATES AND DEADLINES
_____

This matter has been scheduled for a three-day jury trial on the docket of Judge Philip A. Brimmer in the U.S. District Courthouse, Courtroom A701, 7th Floor, 901 19th Street, Denver, Colorado, to commence on **October 26, 2009 at 8:00 a.m.**  It is

ORDERED that all pretrial motions shall be filed by **September 23, 2009** and responses to these motions shall be filed by **September 30, 2009.**  It is further

ORDERED that a Trial Preparation Conference is set for **October 14, 2009 at 8:30 a.m.** in Courtroom A701.  Lead counsel who will try the case shall attend in person.

The parties shall be prepared to address the following issues at the Trial Preparation Conference:

    1)      jury selection;

    2)      sequestration of witnesses;

    3)      timing of presentation of witnesses and evidence;

4)      anticipated evidentiary issues;

5)      any stipulations as to fact or law; and

6)      any other issue affecting the duration or course of the trial.


DATED September 4, 2009.

                                        BY THE COURT:


                                        s/Philip A. Brimmer
                                        PHILIP A. BRIMMER
                                        United States District Judge