IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-cr-00378-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  EVELIO FLORES-SANTOS,

    Defendant.

_____

### MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    The change of plea hearing previously set for October 23, 2009 is rescheduled for **November 5, 2009 at 1:30 p.m.**

    DATED October 21, 2009.